EXHIBIT A

| NORTH CAROLINA | ) | IN THE GENERAL COURT OF JUSTICE |
| --- | --- | --- |
| | ) | DISTRICT COURT DIVISION |
| FORSYTH COUNTY | ) | FILE NO: |
| | ) | |
| OMAR WINSTON KHOURI, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | **COMPLAINT AND DEMAND** |
| NATIONAL GENERAL INSURANCE | ) | **FOR TRIAL BY JURY** |
| MARKETING, INC | ) | |
| and AMERICAN SELECT PARTNERS, LLC | ) | |
| | ) | |
| Defendants | ) | |

Plaintiff, complaining of defendants, alleges and says:

1. Plaintiff is an individual with a principal residence at 1009 Cross Gate Road, Winston Salem, North Carolina, in Forsyth County.

2. The First Defendant, National General Insurance Marketing, Inc (hereinafter "National General") is a Missouri Corporation with a usual place of business of 5630 University Parkway, Winston Salem, North Carolina.

3. The Second Defendant, American Select Partners, LLC (hereinafter "American Select") is a Texas Corporation with a usual place of business of 6116 N. Central Expressway, Suite 1400, Dallas, Texas.

4. All United States based phone numbers in control of Plaintiff are registered on the Federal Do Not Call Registry.

5. The Plaintiff received an unsolicited phone call from American Select on April 14, 2020, in which American Select identified themselves as "US Healthcare."

1

6. American Select used caller ID neighbor spoofing tactics to hide their real phone number and identity.

7. American Select informed Plaintiff that the purpose of the call was to provide health insurance costs so that Plaintiff can purchase a new health insurance plan.

8. American Select informed Plaintiff that he was being transferred to a North Carolina licensed agent for more information, and then transferred Plaintiff to a representative named Augustine Donahue.

9. American Select's Augustine Donahue is not a North Carolina licensed insurance agent.

10. Upon questioning with American Select's representative Dalton Mills, who self-identified as a supervisor responsible for compliance, Mr. Mills stated to Plaintiff that National General allows unlicensed agents to sell their insurance products during the current coronavirus pandemic.

11. American Select's Augustine Donahue informed Plaintiff that he qualified for multiple PPO plans with National General Insurance and stated that National General is part of the Aetna network.

12. American Select's Augustine Donahue provided insurance quotes to Plaintiff that were not full health insurance coverage, but only short term and accident coverage.

13. American Select's Augustine Donahue used the credentials of Austin Edgar, a North Carolina licensed agent registered with National General, in order to generate insurance quotes and attempt to make a sale.

14. American Select refused to provide insurance coverage details until after they received payment.

15. American Select refused to disclose the real name of their company, instead using the name "US Healthcare," until an agreement to purchase health insurance was made.

16. Plaintiff sent a demand letter to American Select and National General, demanding payment for damages for violation of the Federal Do Not Call List, the Telephone and Consumer Protection Act, emotional distress, and N.C.G.S § 75-1, *et seq*, which Defendants failed and refused to pay.

17. Plaintiff registered a complaint with the North Carolina Department of Insurance against Defendants for investigation on using unlicensed agents to solicit sales of insurance products.

18. By the reason of Defendants' deceptive business practices, Plaintiff has been damaged.

19. By the reason of Defendant's violation of the Federal Do Not Call Registry, Plaintiff has been damaged.

20. By the reason of Defendant's violation of the Telephone Consumer Protection Act, Plaintiff has been damaged.

21. North Carolina General Statute § 75-1.1(a) states:

> Unfair methods of competition in or affecting commerce, and unfair or deceptive acts or practices in or affecting commerce, are declared unlawful.

22. North Carolina General Statute § 75-16 states:

> If any person shall be injured or the business of any person, firm or corporation shall be broken up, destroyed or injured by reason of any act or thing done by any other person, firm or corporation in violation of the provisions of this Chapter, such person, firm or corporation so injured shall have a right of action on account of such injury done, and if damages are assessed in such case judgment shall be rendered in favor of the plaintiff and against the defendant for treble the amount fixed by the verdict. (1913, c. 41, s. 14; C.S., s. 2574; 1969, c. 833; 1977, c. 707.)

## CLAIM FOR RELIEF

23. Plaintiff hereby incorporates paragraphs 1 through 22 as if fully set out herein.

24. Plaintiff seeks a compensatory and punitive judgment for each of Paragraphs 17 through 20 in a total amount of between $10,001 and $24,999, plus costs and interest.

25. Plaintiff seeks injunction preventing Defendants from contacting Plaintiff by any means unless Plaintiff has expressly permitted or requested contact.

26. Plaintiff seeks any additional relief as the Court may deem just and proper.

This is the 19th day of May, 2020.

Omar Khouri
1009 Cross Gate Road
Winston Salem, NC 27106
Phone: 336-499-0736
okhouri@tekhnellc.com

*Pro Se Plaintiff*

4

| Name And Address Of Plaintiff 1<br>Omar Winston Khouri<br>1009 Cross Gate Rd<br>Winston Salem NC 27106 | **GENERAL<br>CIVIL ACTION COVER SHEET**<br>☒ INITIAL FILING   ☐ SUBSEQUENT FILING |
|---|---|
| Name And Address Of Plaintiff 2 | |

Rule 5(b) of the General Rules of Practice for the Superior and District Courts

| VERSUS | Name And Address Of Attorney Or Party, If Not Represented (complete for initial appearance or change of address) |
|---|---|
| Name And Address Of Defendant 1<br>National General Insurance Marketing, Inc<br>2626 Glenwood Avenue, Suite 550<br>Raleigh, NC 27608 | Omar Winston Khouri, Pro Se<br>1009 Cross Gate Rd<br>Winston Salem NC 27106 |

| | | Telephone No.<br>336-499-0736 | Cellular Telephone No.<br>336-978-7922 |
|---|---|---|---|
| Summons Submitted | ☒ Yes   ☐ No | NC Attorney Bar No. | Attorney Email Address<br>okhouri@tekhnellc.com |

| Name And Address Of Defendant 2<br>American Select Partners, LLC<br>6116 N. Central Expressway Suite 1400<br>Dallas, TX 75206 | ☒ Initial Appearance in Case   ☐ Change of Address |
|---|---|
| | Name Of Firm | Fax No.<br>866-516-3701 |

| Summons Submitted | ☒ Yes   ☐ No | Counsel For<br>☐ All Plaintiffs   ☐ All Defendants   ☐ Only: (list party(ies) represented) |
|---|---|---|

☒ Jury Demanded In Pleading   ☐ Complex Litigation   ☐ Stipulate to Arbitration

## TYPE OF PLEADING

(check all that apply)

- ☐ Amend (AMND)
- ☐ Amended Answer/Reply (AMND-Response)
- ☐ Amended Complaint (AMND)
- ☐ Assess Costs (COST)
- ☐ Answer/Reply (ANSW-Response) (see Note)
- ☐ Change Venue (CHVN)
- ☒ Complaint (COMP)
- ☐ Confession Of Judgment (CNFJ)
- ☐ Consent Order (CONS)
- ☐ Consolidate (CNSL)
- ☐ Contempt (CNTP)
- ☐ Continue (CNTN)
- ☐ Compel (CMPL)
- ☐ Counterclaim (CTCL) Assess Court Costs
- ☐ Crossclaim (list on back) (CRSS) Assess Court Costs
- ☐ Dismiss (DISM) Assess Court Costs
- ☐ Exempt/Waive Mediation (EXMD)
- ☐ Extend Statute Of Limitations, Rule 9 (ESOL)
- ☐ Extend Time For Complaint (EXCO)
- ☐ Failure To Join Necessary Party (FJNP)

- ☐ Failure To State A Claim (FASC)
- ☐ Implementation Of Wage Withholding In Non-IV-D Cases (OTHR)
- ☐ Improper Venue/Division (IMVN)
- ☐ Including Attorney's Fees (ATTY)
- ☐ Intervene (INTR)
- ☐ Interplead (OTHR)
- ☐ Lack Of Jurisdiction (Person) (LJPN)
- ☐ Lack Of Jurisdiction (Subject Matter) (LJSM)
- ☐ Modification Of Child Support In IV-D Actions (MSUP)
- ☐ Notice Of Dismissal With Or Without Prejudice (VOLD)
- ☐ Petition To Sue As Indigent (OTHR)
- ☐ Rule 12 Motion In Lieu Of Answer (MDLA)
- ☐ Sanctions (SANC)
- ☐ Set Aside (OTHR)
- ☐ Show Cause (SHOW)
- ☐ Transfer (TRFR)
- ☐ Third Party Complaint (list Third Party Defendants on back) (TPCL)
- ☐ Vacate/Modify Judgment (VCMD)
- ☐ Withdraw As Counsel (WDCN)
- ☐ Other (specify and list each separately)

**NOTE:** All filings in civil actions shall include as the first page of the filing a cover sheet summarizing the critical elements of the filing in a format prescribed by the Administrative Office of the Courts, and the Clerk of Superior Court shall require a party to refile a filing which does not include the required cover sheet. For subsequent filings in civil actions, the filing party must include either a General Civil (AOC-CV-751), Motion (AOC-CV-752), or Court Action (AOC-CV-753) cover sheet.

(Over)

| | CLAIMS FOR RELIEF | |
|---|---|---|
| ☐ Administrative Appeal (ADMA) | ☐ Limited Driving Privilege - Out-Of-State Convictions (PLDP) | ☐ Product Liability (PROD) |
| ☐ Appointment Of Receiver (APRC) | | ☐ Real Property (RLPR) |
| ☐ Attachment/Garnishment (ATTC) | ☐ Medical Malpractice (MDML) | ☐ Specific Performance (SPPR) |
| ☐ Claim And Delivery (CLMD) | ☐ Minor Settlement (MSTL) | ☒ Other *(specify and list each separately)* |
| ☐ Collection On Account (ACCT) | ☐ Money Owed (MNYO) | Deceptive Business Practices |
| ☐ Condemnation (CNDM) | ☐ Negligence - Motor Vehicle (MVNG) | |
| ☐ Contract (CNTR) | ☐ Negligence - Other (NEGO) | |
| ☐ Discovery Scheduling Order (DSCH) | ☐ Motor Vehicle Lien G.S. Chapter 44A (MVLN) | |
| ☒ Injunction (INJU) | ☐ Possession Of Personal Property (POPP) | |

Date: 05/19/2020

Signature Of Attorney/Party: *[signature]*

**FEES IN G.S. 7A-308 APPLY**
Assert Right Of Access (ARAS)
Substitution Of Trustee (Judicial Foreclosure) (RSOT)
Supplemental Procedures (SUPR)

**PRO HAC VICE FEES APPLY**
Motion For Out-Of-State Attorney To Appear In NC Courts In A Civil Or Criminal Matter (Out-Of-State Attorney/Pro Hac Vice Fee)

| No. | ☐ Additional Plaintiff(s) |
|---|---|
| | |
| | |
| | |
| | |
| | |

| No. | ☐ Additional Defendant(s) | ☐ Third Party Defendant(s) | Summons Submitted |
|---|---|---|---|
| | | | ☐ Yes ☐ No |
| | | | ☐ Yes ☐ No |
| | | | ☐ Yes ☐ No |
| | | | ☐ Yes ☐ No |
| | | | ☐ Yes ☐ No |

*Plaintiff(s) Against Whom Counterclaim Asserted*

*Defendant(s) Against Whom Crossclaim Asserted*

AOC-CV-751, Side Two, Rev. 3/19
© 2019 Administrative Office of the Courts

| STATE OF NORTH CAROLINA | 20 CVD 2576 |
|---|---|
| Forsyth County | In The General Court Of Justice<br>☒ District ☐ Superior Court Division |

| Name Of Plaintiff |  |
|---|---|
| Omar Winston Khouri |  |
| Address | **CIVIL SUMMONS** |
| 1009 Cross Gate Rd | ☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE) |
| City, State, Zip |  |
| Winston Salem NC 27106 |  |

G.S. 1A-1, Rules 3 and 4

**VERSUS**

| Name Of Defendant(s) | Date Original Summons Issued |
|---|---|
| National General Insurance Marketing, Inc<br>American Select Partners, LLC | Date(s) Subsequent Summons(es) Issued |

**To Each Of The Defendant(s) Named Below:**

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| National General Insurance Marketing, Inc<br>2626 Glenwood Avenue, Suite 550<br>Raleigh, NC 27608 | American Select Partners, LLC<br>6116 N. Central Expressway Suite 1400<br>Dallas, TX 75206 |

⚠️ **IMPORTANT!** You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!

**¡IMPORTANTE!** ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and
2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff) | Date Issued | Time |
|---|---|---|
| Omar Winston Khouri<br>1009 Cross Gate Rd<br>Winston Salem NC 27106 | 5-19-2020 | 11:40 ☐ AM ☐ PM |
|  | Signature |  |
|  | ☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court |  |

| ☐ **ENDORSEMENT (ASSESS FEE)** | Date Of Endorsement | Time |
|---|---|---|
| This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | | ☐ AM ☐ PM |
|  | Signature |  |
|  | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court |  |

**NOTE TO PARTIES:** Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

(Over)

AOC-CV-100, Rev. 4/18
© 2018 Administrative Office of the Courts

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | | Name Of Defendant |
|---|---|---|---|
| 5/21/2020 | | ☐ AM ☐ PM | National General Insurance Marketing Inc. |

☒ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served | | Name Of Defendant |
|---|---|---|---|
| | | ☐ AM ☐ PM | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid | Signature Of Deputy Sheriff Making Return |
|---|---|
| $ | |
| Date Received | Name Of Sheriff (type or print) |
| | |
| Date Of Return | County Of Sheriff |
| | |

AOC-CV-100, Side Two, Rev. 4/18
© 2018 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

Forsyth County

File No. 20CVD2576

In The General Court Of Justice
☒ District ☐ Superior Court Division

**Name Of Plaintiff(s)**
Omar Winston Khouri

VERSUS

**Name Of Defendant**
National General Insurance Marketing Inc

**AFFIDAVIT OF SERVICE OF PROCESS BY**
☐ REGISTERED MAIL
☒ CERTIFIED MAIL
☐ DESIGNATED DELIVERY SERVICE

G.S. 1-75.10(a)(5), (a)(6); 1A-1, Rule 4(j2)

I, the undersigned, did mail by ☐ registered mail (return receipt requested), ☒ certified mail (return receipt requested), ☐ designated delivery service (delivery receipt requested), a copy of the summons and complaint ☐ and other document(s) (list) _____

in the above captioned action to (name of person to be served) addressed as follows: National General Insurance Marketing Inc
2626 Glenwood Ave Suite 550
Raleigh NC 27608

Further, that copies of the summons and complaint ☐ and the above listed other document(s) (check, if applicable) were in fact received by the defendant on (date of receipt) 5/21/2020, as evidenced by the attached original receipt.

**SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME**

Date: 10-1-2020

Title Of Person Authorized To Administer Oaths: deputy clerk

**Signature Of Plaintiff/Attorney**

Name (type or print): Omar Khouri

Restricted Delivery? ☐ Yes
Service Type: CERTIFIED
Article Number: 9414 7116 9900 0483 2218 50

9414 7116 9900 0483 2218 50

**COMPLETE THIS SECTION ON DELIVERY**

Article Addressed To:
National General Insurance Marketing, Inc
2626 Glenwood Ave Suite 550
Raleigh NC 27608

AOC-CV-105, New 8/17
© 2017 Administrative Office of the Courts



ATTN : OMAR KHORI
PHONE : (336)499-0736

## DELIVERY NOTIFICATION

INQUIRY FROM:
OMAR KHORI
OMAR KHORI
112 C SAUNDERSVILLE ROAD
HENDERSONVILLE  TN 37075

SHIPMENT TO:
STEWART B HOGE
AMERICAN SELECT PARTNERS, LL
6116 N CENTRAL EXPY STE 1400
DALLAS TX 75206

Shipper Number..........................T2U46E                    Tracking Identification Number...**1ZT2U46E3520006417**

According to our records 1 parcel was delivered on **06/03/20** at **2:52 P.M.**, and left at your **CUSTOMER'S FRONT DESK**. The shipment was received by **DAVID** as follows:

| SHIPPER NUMBER | PKG ID NO. | TRACKING NUMBER | ADDRESS (NO/STREET,CITY) | SIGNATURE |
|---|---|---|---|---|
| T2U46E | | 1ZT2U46E3520006417 | 6116 N CENTRAL EXPY STE 1400 DALLAS | *Cor?* |

PZB9GML:000A0000

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1ZT2U46E3520006417

**Weight**

0.50 LBS

**Service**

UPS 2nd Day Air®

**Shipped / Billed On**

06/01/2020

**Additional Information**

Signature Required

**Delivered On**

06/03/2020 2:52 P.M.

**Delivered To**

DALLAS, TX, US

**Received By**

DAVID

**Left At**

Front Desk

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 06/03/2020 3:55 P.M. EST

FILED

2020 JUN -4 P 4: 15

FORSYTH CO., C.S.C.

BY Kim Willoughby

| STATE OF NORTH CAROLINA | File No. 20 CVD 2576 |
|---|---|
| Forsyth County    FILED | In The General Court Of Justice<br>☒ District  ☐ Superior Court Division |

| Name Of Plaintiff(s)<br>Omar Winston Khouri    2020 JUN -4 P 4:15<br>VERSUS | **AFFIDAVIT OF SERVICE OF PROCESS BY**<br>☐ REGISTERED MAIL<br>☐ CERTIFIED MAIL |
|---|---|
| Name Of Defendant<br>American Select Partners, LLC   FORSYTH CO., C.S.C.   Kim Willoughby | ☒ DESIGNATED DELIVERY SERVICE<br>G.S. 1-75.10(a)(5), (a)(6); 1A-1, Rule 4(j2) |

I, the undersigned, did mail by ☐ registered mail (return receipt requested), ☐ certified mail (return receipt requested),
☒ designated delivery service (delivery receipt requested),
a copy of the summons and complaint ☐ and other document(s) (list) _____

JUN 0 8 2020

in the above captioned action to (name of person to be served) American Select Partners, LLC
addressed as follows: Stewart B Hoge
American Select Partners, LLC Suite 1400
Dallas TX 75206

Further, that copies of the summons and complaint ☐ and the above listed other document(s) (check, if applicable) were in fact
received by the defendant on (date of receipt) June 3, 2020, as evidenced by the attached original receipt.
(Attach original receipt or electronic proof of signature confirmation to this affidavit.)

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | Signature Of Plaintiff/Attorney |
|---|---|
| Date 6-4-2020   Signature Of Person Authorized To Administer Oaths<br>Kim Willoughby | Name (type or print)<br>Omar Khouri |
| Title Of Person Authorized To Administer Oaths<br>Deputy Clerk | |
| ☐ Notary   Date My Commission Expires | |
| SEAL   County Where Notarized | |

AOC-CV-105, New 8/17
© 2017 Administrative Office of the Courts

| | |
|---|---|
| NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
| | DISTRICT COURT DIVISION |
| FORSYTH COUNTY | 20 CVD 2576 |

FILED 2020 JUN 22 P 1:44 FORSYTH CO., C.S.C. BY MW

OMAR WINSTON KHOURI, )
)
Plaintiff )
)
v. )
) **MOTION FOR ENTRY OF**
NATIONAL GENERAL INSURANCE ) **DEFAULT**
MARKETING, INC )
and )
AMERICAN SELECT PARTNERS, LLC )
)
Defendants

NOW COME Plaintiff, Omar Khouri, move the Court pursuant to Rule 55 of the North Carolina Rules of Civil Procedure for entry of default against Defendant, National General Insurance Marketing, Inc.

In support of the foregoing Motion, Plaintiff respectfully shows the Court as follows:

1. A Complaint was filed and Summonses issued to the Defendants on May 19, 2020.

2. A copy of the Summonses and Complaint was served on Defendant National General Insurance Marketing, Inc via U.S. certified mail return receipt requested May 21, 2020, as evidenced by the Affidavit of Service on file.

3. The Defendant has not filed an Answer or any other responsive pleading to the Complaint.

4. Plaintiff has not been served with an Answer or any other responsive pleading to the Complaint as of the filing of this Motion.

5. The Defendant is neither an infant nor incompetent and has the capacity to sue and be sued.

1

NORTH CAROLINA ) IN THE GENERAL COURT OF JUSTICE
) DISTRICT COURT DIVISION
FORSYTH COUNTY ) 20 CVD 2576

OMAR WINSTON KHOURI, )
)
    Plaintiff )
)
v. )
)
NATIONAL GENERAL INSURANCE )
MARKETING, INC )   **ENTRY OF DEFAULT**
and )
AMERICAN SELECT PARTNERS, LLC )
)
    Defendants )

---

    It appearing that Defendant National General Insurance Marketing, Inc herein is in default for failure to appear, answer or otherwise plead to the Complaint filed herein within the time required by law. Default is hereby entered against Defendant National General Insurance Marketing, Inc.

                                                           Melina Welch, asst
                                                           CLERK OF FORSYTH COUNTY
                                                           DISTRICT COURT

Case 1:20-cv-00580-TDS-JLW   Document 1-1   Filed 06/25/20   Page 15 of 15