# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| OMAR WINSTON KHOURI, § § § **Plaintiff,** § vs. § § NATIONAL GENERAL INSURANCE § MARKETING, INC., AND § AMERICAN SELECT PARTNERS, LLC, § § **Defendants.** § | **Civil Action No. 1:20-cv-00580** |

## AGREED MOTION FOR ENTRY OF AGREED FINAL JUDGMENT

Defendants National General Insurance and Marketing, Inc. American Select Partners, LLC (together, "Defendants"), by and through their counsel, and with the agreement of Plaintiff Omar Winston Khouri ("Plaintiff"), *pro se* (together, the "Parties"), file this, their Motion for Entry of Agreed Final Judgment and respectfully state as follows:

With this Motion, the Parties seek the entry of their Agreed Final Judgment.

The Parties no longer desire to litigate this matter and have agreed to the entry of this Agreed Final Judgment filed contemporaneously herewith.

Respectfully submitted,

/s/ Edwin W. Bowden
Bowden Gardner & Hill, P.C.
(NC Bar No. 16563)
119 Brookstown Ave., Suite 401
Winston-Salem, NC 27104
Telephone: 336-714-2097
Facsimile: 336-714-2098
Email: ed@bowdengardner.com

Of Counsel/

/s/Charles W. Gameros, Jr., P.C.
Charles W. Gameros, Jr., P.C.
(TX Bar No. 00796596)
HOGE & GAMEROS, L.L.P.
6116 N. Central Expressway, Suite 1400
Dallas, Texas 75206
Telephone: (214) 765-6002
Facsimile: (214) 559-4905
E-Mail: BGameros@LegalTexas.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that Defendants and Plaintiff, *pro* se, AGREE to the relief sought herein.

/s/Charles W. Gameros, Jr., P.C.
*Attorney for Defendants*

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.3(d), the undersigned hereby certifies absent the caption, signature lines, and certificates, the program used to prepare this Motion prior to its conversion to portable document format calculated the number of words in it as 84.

/s/Charles W. Gameros, Jr., P.C.
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served on the following persons or entities via the means indicated this the 14th day of June, 2021:

**VIA REGULAR MAIL**
Omar Winston Khouri
1009 Cross Gate Road
Winston-Salem, NC 27106

*Pro se*

/s/Charles W. Gameros, Jr., P.C.
*Attorney for Defendants*