IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| OMAR WINSTON KHOURI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:20-cv-00580 |
| | ) | |
| NATIONAL GENERAL INSURANCE MARKETING, INC., AND AMERICAN SELECT PARTNERS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED FINAL JUDGMENT

On this day, came on to be heard, OMAR WINSTON KHOURI ("Khouri") and NATIONAL GENERAL INSURANCE MARKETING, INC., a Missouri corporation, and AMERICAN SELECT PARTNERS, LLC, a Texas limited liability company, (collectively, "American Select"). Khouri and American Select are collectively referred to as "The Parties."

In view of the Parties' signatures below, the Court hereby enters Judgment as follows:

(1) It is, hereby, ordered, adjudged and decreed that Khouri's claims are dismissed with prejudice;

(2) It is, further, ordered, adjudged and decreed that the Parties shall bear their own attorneys' fees and costs; and

(3) It is further ordered and adjudged that this court shall retain jurisdiction of this matter for the purposes of enforcing the terms of the September 25, 2020 Stipulated Protective Order or this final judgment.

**FILED JUN 22 2021** — IN THIS OFFICE, Clerk U.S. District Court, Greensboro

So Ordered, this 21st day of June, 2021.

*Thomas A. Schroeder*

**HONORABLE JUDGE PRESIDING**

**AGREED AS TO FORM AND ENTRY REQUESTED**

Omar Winston Khouri

Date: 6/10/2021

AMERICAN SELECT PARTNERS, LLC,

NATIONAL GENERAL INSURANCE MARKETING, INC.

BY: Charles W. Gameros, Jr., P.C.
THEIR: One of their Counsel of Record

Date: 14 JUN 21